

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2021

No. 04-19-00691-CV

**CUANTO ANTES MEJOR, LLC** and M.E. Phillip,
Appellants

v.

**EOG RESOURCES, INC.**,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-12-00277-CVK
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Former Chief Justice (not participating)
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

On January 14, 2021, appellee EOG Resources, Inc. filed a motion for rehearing and motion for reconsideration en banc. The Court requests that appellants Cuanto Antes Mejor, L.L.C. and M.E. Phillip file a response *within twenty (20) days* from the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2021.

_____
Michael A. Cruz,
Clerk of Court